# Linklaters

Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
Direct Line 212-903-9325
muhammad.faridi@linklaters.com

**By ECF**

August 19, 2025

The Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

Re: *Muslims on Long Island, Inc., et al. v. The Town of Oyster Bay, et al.*, 2:25-cv-00428 (SJB) (JMW)

Dear Judge Wicks:

We write on behalf of Plaintiffs Muslims on Long Island, Inc. ("MOLI"), Imran Makda, and Moeen Qureshi (collectively "Plaintiffs") and Defendant Town of Oyster Bay (the "Town," and together with Plaintiffs, the "Parties") to inform the Court that the Parties have reached an agreement in the form of a Proposed Consent Order to be entered by the Court ("Proposed Consent Order") to resolve this lawsuit. In light of the Proposed Consent Order, the Parties hereby jointly request that the Court stay all remaining case deadlines through September 3, 2025.

As fully set forth in the Proposed Consent Order, *see* Ex. 1 ¶ 1, the Oyster Bay Town Board has until August 29, 2025 to pass and enact a resolution (the "Approval Resolution"), among other things, permitting MOLI to (1) demolish its mosque in Bethpage and (2) build a new two-story with basement 16,003 square-foot mosque with site plan improvements in its place. Per the Proposed Consent Order, within two (2) business days of the Town Board's passage and enactment of the Approval Resolution, the Parties shall jointly file the Proposed Consent Order with the Court and request that it be so-ordered. *See id.* ¶ 14. As this filing must occur by no later than September 3, 2025, and as the parties jointly and mutually intend to obviate the need for further

Hon. James M. Wicks
Page 2 of 3

discovery and motion practice by resolving this litigation, the Parties respectfully request that all case deadlines be held in abeyance through September 3.

Dated:    New York, New York
             August 19, 2025

Respectfully submitted,

By:    */s/ Muhammad U. Faridi*
Muhammad U. Faridi
Diana M. Conner
Julia H. Long
Peter Vogel
Kailyn E. LaPorte
LINKLATERS LLP
1290 Avenue of the Americas,
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Plaintiffs Muslims on Long Island, Inc., Imran Makda, and Moeen Qureshi*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel for Plaintiffs Muslims on Long Island, Inc., Imran Makda, and Moeen Qureshi hereby certifies that the above Letter Motion is in compliance with the type-volume limitations of the Individual Practices for Civil Cases of Judge James M. Wicks and Joint Local Civil Rule 7.1 because it contains 247 words of text.

The above letter complies with the typeface and type style requirements thereof because it was prepared, double-spaced, in a proportionally spaced typeface using Microsoft Word, Times New Roman, Size 12.

Dated:   New York, New York
        August 19, 2025

Respectfully submitted,

By:    */s/ Muhammad U. Faridi*
Muhammad U. Faridi
Diana M. Conner
Julia H. Long
Peter Vogel
Kailyn E. LaPorte
LINKLATERS LLP
1290 Avenue of the Americas,
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Plaintiffs*